IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Houston__ DIVISION

__Chad Allen Squires #1333816__
Plaintiff's name and ID Number

__Holliday Transfer Facility__
Place of Confinement

CASE NO. __H-06-0243__
(Clerk will assign the number)

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

__Cenikor (Inc). 4525 Glenwood Ave. Deer Park__
Defendant's name and address __Tex. 77536__

I, __Chad Allen Squires__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment      Yes☐ No☑
    b. Rent payments, interest or dividends?             Yes☐ No☑
    c. Pensions, annuities or life insurance payments?   Yes☐ No☑
    d. Gifts or inheritances?                            Yes☐ No☑
    e. Family or friends?                                Yes☑ No☐
    f. Any other sources?                                Yes☐ No☑

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    __I recieve about $40.00 a month from my mother for commissary.__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
                    Yes☐           No☑
    If you answered YES, state the total value of the items owned.

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

        Yes☐          No☒

If you answered YES, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the __20th__ day of __January__, __2006__.

_[signature]_      __133816__
Signature of Plaintiff      ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

```
CS1NIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE          01/20/06
NF42/SSE1203              IN-FORMA-PAUPERIS DATA                   07:16:48
TDCJ#: 01333816 SID#: 07105675 LOCATION: HOLLIDAY     INDIGENT DTE: 00/00/00
NAME: SQUIRES,CHAD ALLEN              BEGINNING PERIOD: 07/01/05
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:     21.27 TOT HOLD AMT:       0.00 3MTH TOT DEP:       40.00
6MTH DEP:        40.00 6MTH AVG BAL:       1.64 6MTH AVG DEP:        6.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
12/05       33.71            40.00     09/05       0.00             0.00
11/05        0.00             0.00     08/05       0.00             0.00
10/05        0.00             0.00     07/05       0.00             0.00
PROCESS DATE   HOLD AMOUNT   HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Walker_
ON THIS THE _20_ DAY OF _January_, _2006_ I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _Servanie K. Sessions_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



Servanie K. Sessions
Notary Public, State of Texas
My Commission Expires
01.31.2009
Notary without Bond