IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAD ALLEN SQUIRES, <br> TDCJ-CID # 1333816, <br>     Plaintiff, <br><br> v. <br><br> CENIKOR INC., *et al.*, <br>     Defendants. | § § § § § § § § | CIVIL ACTION NO. H-06-0243 |

## FINAL JUDGMENT

In accordance with the Court's *Memorandum Opinion and Order* of even date, this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

The Clerk will provide a copy of this order to the parties.

Signed at Houston, Texas, on this the 25th day of January, 2006.

                                                  KEITH P. ELLISON
                                                UNITED STATES DISTRICT JUDGE